UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEAN L. LeBLANC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-8876** |
| **STATE FARM INSURANCE COMPANY** | **SECTION "L" (3)** |

### ORDER & REASONS

Before the Court is the defendant State Farm Fire and Casualty Company's Motion for Summary Judgment (Rec. Doc. 25). For the following reasons, State Farm's motion is GRANTED and the plaintiff's claims will be DISMISSED WITH PREJUDICE.

This case arises from a dispute regarding flood insurance coverage for the plaintiff's property located at 50 New England Court in Gretna, Louisiana, which suffered damage as a result of Hurricane Katrina. The defendant in this case is State Farm, which had issued a Standard Flood Insurance Policy to the plaintiff pursuant to the National Flood Insurance Program.[1]

In August 2006, the plaintiff filed the present action in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, and it was subsequently removed to this Court by State Farm. The plaintiff seeks to recover under the flood insurance policy for damages to the

---

[1] Congress created this Program with the passage of the National Flood Insurance Act of 1968, Pub. L. No. 90-448, §§ 1301-1377, 82 Stat. 476, 572-89 (codified at 42 U.S.C. §§ 4001-4129).

1

property.  State Farm has filed a motion for summary judgment, seeking dismissal of the plaintiff's claims.  State Farm argues that the plaintiff has failed to timely submit a flood loss claim and proof of loss, and that the plaintiff's state-law claims are preempted.  The plaintiff argues that State Farm has waived these various requirements and/or that the complaint in this case satisfies all necessary requirements.

The Court finds, however, that recent decisions from both the United States Court of Appeals for the Fifth Circuit and from this Court clearly demonstrate that the plaintiff's claims in this case fail as a matter of law.  *See Richardson v. Am. Bankers Ins. Co. of Florida*, 2008 WL 510518 (5th Cir. Feb. 27, 2008); *Wright v. Allstate Ins. Co.*, 415 F.3d 384, 389-91 (5th Cir. 2005); *Gowland v. Aetna*, 143 F.3d 951 (5th Cir. 1998); *Guilot v. Allstate Ins. Co.*, 2008 WL 45359, No. 06-8050 (E.D. La. Jan. 2, 2008).  Accordingly, IT IS ORDERED that State Farm's Motion for Summary Judgment (Rec. Doc. 25) is GRANTED and that the plaintiff's claims are hereby DISMISSED WITH PREJUDICE.  An appropriate judgment will follow.

New Orleans, Louisiana, this 5th day of May, 2008.

UNITED STATES DISTRICT JUDGE